COPY                                      FILED

WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq. (SBN 150984)
Jonathan D. Fink, Esq. (SBN 110615)
Magdalena D. Kozinska, Esq. (SBN 258403)
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142
mkozinska@wrightlegal.net;jfink@wrightlegal.net

Attorneys for Defendant, ROBERT J. JACKSON & ASSOCIATES, INC.

2012 NOV 26 PM 3:12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Rashmi Bhatt, Barbara Bhatt,

      Plaintiff,

vs.

OWB REO LLC, Robert J. Jackson and Associates, Inc., DOES 1 thru 10, inclusive,

      Defendants.

Case No.: ED CV 12 - 02068 VAP SPX

By Fax
CRC 2.303

CERTIFICATE AND NOTICE OF INTERESTED PARTIES BY ROBERT J. JACKSON & ASSOCIATES, INC.

Complaint filed: October 9, 2012

-1-

CERTIFICATE AND NOTICE OF INTERESTED PARTIES

|  |  |
|---|---|
| 1 | **TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

The undersigned, counsel of record for Defendant ROBERT J. JACKSON & ASSOCIATES, INC., certifies that the following listed party has a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

ROBERT J. JACKSON & ASSOCIATES, INC. is a party to this action. There are no interested entities or persons that must be listed in this certificate.

Respectfully submitted,

**WRIGHT, FINLAY & ZAK, LLP**

Dated: November 26, 2012     By: _/s/_____
Jonathan D. Fink, Esq.
Magdalena D. Kozinska, Esq.
Attorneys for Defendant, ROBERT J. JACKSON & ASSOCIATES, INC.

-2-
CERTIFICATE AND NOTICE OF INTERESTED PARTIES

## **PROOF OF SERVICE**

I, Julie L. Hansen, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On November 26, 2012, I served the foregoing document described **CERTIFICATE AND NOTICE OF INTERESTED PARTIES BY ROBERT J. JACKSON & ASSOCIATES, INC.** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE SERVICE LIST**

[X]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[ ]   (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 26, 2012, at Newport Beach, California.

*/s/ Julie L. Hansen*
Julie L. Hansen

1
PROOF OF SERVICE

## SERVICE LIST

**Via U.S. First-Class Mail**

Rashmi Bhatt and Barbara Bhatt
39625 Calle Cabernet
Temecula, CA 92591
(760) 505-5770
*Plaintiffs In Pro Per*

**Via CM/ECF Electronic Service**

Andrew E. Miller, Esq.
Sarina Saluja, Esq.
Allen, Matkins, Leck, Gamble, Mallory & Natsis LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, CA 90071-3309
(213) 622-5555; Fax: (213) 620-8816
amiller@allenmatkins.com; ssaluja@allenmatkins.com
*Attorneys for Defendant, OWB REO, LLC*